IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:09-00002 |
| | ) | Judge Trauger |
| [1] RICKEY E. DAVIS, JR., | ) | |

**O R D E R**

It is hereby **ORDERED** that a hearing shall be held on the Petition to Revoke Supervision (Docket No. 156) on Friday, November 8, 2013, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 1st day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge