> **Motion GRANTED.**
> **Hearing reset for 1/31/14 at 2:30 p.m.**
>
> */s/ Aleta A. Trauger*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:09-00002 |
| | ) | JUDGE TRAUGER |
| RICKEY E. DAVIS, JR. | ) | |

## AGREED MOTION TO CONTINUE REVOCATION HEARING

Defendant Rickey Davis respectfully moves this Court to continue his revocation hearing, which is set for November 8, 2013, until late January 2014. The alleged violation of Davis's supervision is misconduct that the State is prosecuting as a criminal offense. Davis's hearing in state court on that criminal charge is January 20, 2014. Davis requests that the Court continue this revocation hearing until after that date. Counsel for the government, AUSA Phil Wehby, has informed undersigned counsel that he is in agreement with this request.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2013, I electronically filed the foregoing *Agreed Motion to Continue Revocation Hearing* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Mr. Philip H. Wehby**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *Michael C. Holley*
MICHAEL C. HOLLEY