UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

Motion GRANTED.
Hearing reset for
8/4/14 at 9:00 a.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:09-CR-00002 |
| | ) | JUDGE TRAUGER |
| | ) | |
| RICKEY E. DAVIS, JR. | ) | |

**AGREED MOTION TO CONTINUE REVOCATION HEARING**

Defendant Rickey Davis moves to continue the revocation hearing set for June 2, 2014, for about 60 days.

The alleged violation of Davis's supervised release is misconduct that the State is prosecuting as a criminal offense. The state court still has not resolved that criminal charge although it appears possible it will be resolved in the next 60 days. Davis requests that the Court continue this revocation hearing until after that time. Counsel for the government, Assistant United States Attorney Phil Wehby, has informed undersigned counsel that he agrees with this request.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Rickey E. Davis, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2014, I electronically filed the foregoing *Agreed Motion to Continue Revocation Hearing* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Mr. Philip H. Wehby**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *Michael C. Holley*
MICHAEL C. HOLLEY