UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

Motion GRANTED.

UNITED STATES OF AMERICA )
)
)
v. ) No. 1:09-CR-00002-1
) JUDGE TRAUGER
)
RICKEY E. DAVIS, JR. )

**MOTION TO WITHDRAW AS COUNSEL
AND SUBSTITUTE NEW COUNSEL**

Undersigned counsel respectfully moves to withdraw as counsel due to the discovery of a conflict of interest.

In November 2011, undersigned counsel was appointed to handle Rickey Davis' motion for a sentence reduction due to the retroactive crack-cocaine amendments. That motion was granted, Mr. Davis was released, and then in October 2013, a supervised-release revocation petition was filed. Undersigned counsel was again appointed to represent Mr. Davis. (D.E. 161.) The revocation petition remains pending.

In April 2014, Mr. Davis was indicted, along with three codefendants, in this Court in case number 1:14-00002 on charges of engaging in racketeering in 2009. Because the Office of the Federal Public Defender has a conflict in that racketeering case, Mr. Davis was appointed an attorney from the CJA panel, Kathleen Morris.

Undersigned counsel has learned that this conflict exists and has discussed the situation with Federal Public Defender Henry Martin and with Ms. Morris. Both agree that the appropriate resolution of the situation would be for counsel to seek to withdraw and substitute Ms. Morris. Accordingly, counsel respectfully requests that the Court grant counsel's motion to withdraw and that the Court appoint Ms. Morris to represent Mr. Davis in this matter.