UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

Motion GRANTED. Hearing reset for 10/17/14 at 3:00 p.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:09-00002 |
| | ) | Judge Trauger |
| RICKEY EUGENE DAVIS, JR. | ) | |

**MOTION TO CONTINUE REVOCATION HEARING**

Rickey Eugene Davis, Jr., by and through counsel, hereby moves this Honorable Court to continue the revocation hearing in this matter. In support of this motion, undersigned counsel would show the Court the following:

1. This case is set for hearing on August 4, 2014 on a petition alleging a violation of supervised release. The sole violation set forth in the petition is the alleged commission of a state drug offense in Maury County, Tennessee, on September 28, 2013. [D/E 156 at 2].

2. Mr. Davis is vigorously defending against this charge and continues to anticipate that it will be resolved in his favor. However, the case is still pending in state court and will not be resolved by August 4, 2014.

3. Undersigned counsel's investigation of the alleged violation is ongoing. She needs additional time to complete certain aspects of that investigation so that she can provide Mr. Davis with the effective assistance of counsel consistent with his Sixth Amendment rights.

4. Inasmuch as the anticipated favorable outcome of the state case will be dispositive in the matter pending in this Court and his counsel needs additional time to prepare for the hearing, Mr. Davis requests that the hearing on the revocation petition be continued.